THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARLEY STEWART, Appellant, against WILLIAM HUNT, as Warden of Attica Prison, Respondent.

Submitted September 30, 1940; decided October 8, 1940.

*John J. Bennett, Jr., Attorney-General (James Noonan* of counsel), for motion to dismiss appeal and in opposition to motion for leave to prosecute appeal as a poor person.

*Harley Stewart,* in person, for motion for leave to prosecute appeal as a poor person and in opposition to motion to dismiss appeal.

Motion to dismiss appeal denied.

Motion for leave to prosecute appeal as a poor person granted.